# Court of Appeals
# of the State of Georgia

ATLANTA,  September 14, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0410. CHRISTINE ALDEN v. DALE YARBOROUGH.**

Christine Alden has filed a motion for reconsideration of our order denying her application for discretionary review. The motion for reconsideration is hereby GRANTED. Additionally, our order denying the application is VACATED and the application for discretionary appeal is hereby GRANTED.

Alden shall have ten days from the date of this order to file a notice of appeal in the trial court. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/14/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*